UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN COOPER,

    Plaintiff,

Case No. 13-11147

v.

Hon. John Corbett O'Meara

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Karen Cooper filed a three-count complaint in this matter alleging the following causes of action: Count I, violation of the Fair Debt Collection Practices Act, 15. U.S.C. § 1692; Count II, violation of the Michigan Occupational Code, M.C.L. § 339.915; and Count III, violation of the Michigan Collection Practices Act, M.C.L. § 445.252.

Although Plaintiff's cause of action arising under a federal statue is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Counts II and III are **DISMISSED**.


Date: April 22, 2013                                    s/John Corbett O'Meara
                                                                             United States District Court

I hereby certify that on April 22, 2013 a copy of this order was served upon counsel of record using the ECF system.

s/William Barkholz
Case Manager
